UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KALOTI WHOLESALE, INC.,**
**d/b/a KALOTI ENTERPRISES,**
        Plaintiff,

**WELLS FARGO BANK, NA,**
        Proposed Intervenor-
        Plaintiff,

    v.                              Case No. 07-C-552

**UNITED STATES OF AMERICA,**
        Defendant.

---

**UNITED STATES OF AMERICA,**
        Plaintiff,

    v.                              Case No. 07-C-565

**APPROXIMATELY 81,454 CANS**
**OF BABY FORMULA,**
        Defendant,

**WELLS FARGO BANK, NA,**
        Proposed Intervenor-
        Claimant.

---

## ORDER

This **ORDER** confirms that the hearing previously set for March 27, 2008 at 2:30 p.m. **HAS BEEN RESCHEDULED** to **April 14, 2008 at 1:30 p.m.**

Dated at Milwaukee, Wisconsin this 11th day of April, 2008.

                                        /s
                                   LYNN ADELMAN
                                   District Judge